STATE OF NORTH CAROLINA v. WILLIE DALTON BROWN

No. 7319SC821

(Filed 9 January 1974)

**Criminal Law § 161— appeal as exception to judgment**
    The appeal is an exception to the judgment and presents the face of the record proper for review.

APPEAL by defendant from *Seay, Judge,* June 1973 Session of Superior Court held in RANDOLPH County.

The defendant, Willie Dalton Brown, was charged in a two-count bill of indictment proper in form with forgery and uttering a forged instrument.

The defendant, represented by court appointed counsel, pleaded not guilty. He was found not guilty of forgery and guilty of uttering a forged instrument.

From a judgment imposing a prison sentence of not less than three nor more than five years, he appealed.

*Attorney General Robert Morgan and Associate Attorney Archie W. Anders for the State.*

*Coltrane and Gavin by W. E. Gavin for defendant appellant.*

HEDRICK, Judge.

The appeal is an exception to the judgment and presents the face of the record proper for review, *State v. Thurgood*, 11 N.C. App. 405, 181 S.E. 2d 128 (1971); *State v. Martin*, 10

N.C. App. 181, 178 S.E. 2d 32 (1970) ; 3 Strong, N. C. Index 2d, Criminal Law, Sec. 161, p. 112.

We have carefully reviewed the organization of the court, the plea, the verdict, and the judgment and find

No error.

Judges CAMPBELL and BALEY concur.